722

denied. *Messrs. Reeve Lewis* and *Philip Mauro* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney* and *R. F. Whitehead* for respondent.

No. 299. VON DAMM *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Albert MacC. Barnes* and *James L. Gerry* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. John R. Benney* for the United States.

No. 302. HOUSTON NATURAL GAS CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Irl F. Kennerly* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 304. KELLEY ET AL. *v.* ATLANTIC CITY ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Martin Conboy* and *Harold E. Stonebraker* for petitioners. *Mr. Henry R. Ashton* for respondents.

No. 306. GLOVER, RECEIVER, *v.* ILLINOIS. October 11, 1937. Petition for writ of certiorari to the Court of Claims of Illinois denied. *Mr. George P. Barse* for petitioner. *Mr. Otto Kerner* for respondent.